IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02449-WYD-KLM

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

BRIAN G. ELROD and
NOVA DEAN PACK,

    Defendants,

    and

TRAEGER PELLET GRILLS, LLC,

    Garnishee.

## DISPOSITION ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States Securities and Exchange Commission ("Commission"), the answer of garnishee, Traeger Pellet Grills, LLC ("Traeger"), with no objection or hearing request by defendant, Brian Elrod, and upon good cause shown:

IT IS HEREBY ORDERED that the Motion for Disposition Order of United States' Writ of Continuing Garnishment (ECF No. 16) is **GRANTED** and that garnishee Traeger withhold 25% of each payment to the debtor.   All funds withheld from the debtor, including those already being held by the garnishee, shall immediately be made payable to the Commission, and reference this case number and Brian Elrod, and forwarded to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

IT IS HEREBY ORDERED that this Writ of Garnishment is Continuing and may only terminate by:

A. A court order quashing the Writ of Garnishment;

B. Exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

C. Upon notice from the United States or the Court of satisfaction of the debt with respect to which writ was issued.

IT IS FURTHER ORDERED that the Clerk of Court shall turnover to the Commission the $494.09, which Traeger sent to the Clerk's Office in July 2014.

Dated:   December 1, 2014

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE